STATE OF CONNECTICUT *v.* MILDRED FISHMAN

The motion by the defendant for further extension of time to file her brief in the appeal from the Superior Court in Fairfield County is denied.

*John D. Salling,* in support of the motion.

Submitted April 30—decided May 7, 1968

HARRY BOMSTEIN *v.* BOUCHER AGENCY, INC.

BOUCHER AGENCY, INC. *v.* HARRY BOMSTEIN

The petition by Boucher Agency, Inc., in each case for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Raphael Korff,* in support of the petition.

Submitted April 8—decided May 21, 1968

FRANK M. ROSS *v.* HAROLD E. HEGSTROM

MOTION FOR REVIEW OF THE DENIAL OF MOTION TO
REDUCE BOND

After consideration of the above-entitled motion, modification of the order of the Superior Court is denied.

MOTION FOR DIRECT APPEAL ON QUESTIONS OF LAW
INVOLVING THE PUBLIC INTEREST AND
SUBSTANTIAL JUSTICE

The above-entitled motion is dismissed because it is misjoined and misdirected.

*Joseph D. Harbaugh,* chief public defender, in support of the motions for the plaintiff.